UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CAUFIELD, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|     vs. | )    CAUSE NO.  08-cv-3316 |
| | ) |
| COLGATE-PALMOLIVE COMPANY | ) |
| EMPLOYEES' RETIREMENT INCOME | ) |
| PLAN, | ) |
| | ) |
|         Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Ellen E. Boshkoff and Philip J. Gutwein II, of

the law firm of Baker & Daniels LLP, hereby respectfully move the Court for leave to withdraw

their appearances in this action on behalf of Defendant Colgate-Palmolive Company Employees'

Retirement Income Plan for the reasons that (i) the case has been transferred from the Southern

District of Indiana, (ii) they were local counsel for the Defendant when the case was in the

Southern District of Indiana, and (iii) Joseph J. Costello, Jeremy P. Blumenfeld, and Theresa J.

Chung, of the law firm of Morgan Lewis & Bockius LLP, have assumed the complete defense of

the Defendant in the Southern District of New York.

BAKER & DANIELS LLP


By: /s/ Ellen E. Boshkoff
Ellen E. Boshkoff
Philip J. Gutwein II
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0100
Fax:  (317) 237-1000

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Joseph J. Costello
Jeremy P. Blumenfeld
Theresa J. Chung
1701 Market Street
Philadelphia, PA 19103

Douglas R. Sprong
Diane Moore Heitman
Korein Tillery LLC
505 N. Seventh Street
Suite 3600
St. Louis, MO 63101

T. J. Smith
Law Office of T.J. Smith
600 W. Main Street
Suite 200
Louisville, KY 40202

William K. Carr
Law Offices of William K. Carr
2222 E. Tennessee Ave.
Denver, CO 80209

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 Seventh Street
Brooklyn, New York  11215

I hereby certify that on April 15, 2008, a copy of the foregoing was served upon the following, by first-class United States mail, postage prepaid:

William Henry Blessing
119 East Court Street, Suite 500
Cincinnati, Ohio  45202

s/ Ellen E. Boshkoff