```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PAUL CAUFIELD                                :
                                             :  08 Civ. 3316 (BSJ)
                          Plaintiff,         :
                                             :
        - against -                          :
                                             :
COLGATE-PALMOLIVE COMPANY,                   :
EMPLOYEES' RETIREMENT INCOME                 :
PLAN                                         :
                          Defendant.         :
------------------------------------------------------------x
```

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3(c) of this Court's Local Rules, I, Eli Gottesdiener, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following attorneys:

William K. Carr of the Law Offices of William K. Carr, 2222 Tennessee Avenue, Denver, CO 80209, (303) 296-6383/(303) 296-6652 and Douglas R. Sprong of Korein Tillery LLC, 505 N. Seventh Street Suite 3600, St. Louis, MO 63101, (314) 241-4844/(314) 241-3525.

William K. Carr is a member in good standing of the Bar of the States of Colorado and California. Douglas R. Sprong is a member in good standing of the Bar of the States of Missouri and Illinois.

As far as I am aware, there are no pending disciplinary proceedings against William K. Carr or Douglas R. Sprong in any State or Federal Court.

1

Respectfully submitted,

/s/ Eli Gottesdiener
_____

Eli Gottesdiener [EG0111]
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
Tel:  (718) 788-1500
Fax:  (718) 788-1650

Dated: May 9, 2008
Brooklyn, New York

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
PAUL CAUFIELD                                         :
                                                      :  08 Civ. 3316 (BSJ)
                        Plaintiff,                    :
                                                      :
        - against -                                   :
                                                      :
COLGATE-PALMOLIVE COMPANY,                            :
EMPLOYEES' RETIREMENT INCOME                          :
PLAN                                                  :
                        Defendant.                    :
------------------------------------------------------x
```

## DECLARATION OF ELI GOTTESDIENER

I, Eli Gottesdiener, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the Bar of the State of New York in good standing, and was admitted to practice law in 2002. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2. I have known William K. Carr since 2002. I have known Douglas R. Sprong since 2005.

3. Mr. Carr is of Counsel at the Law Offices of William K. Carr in Denver, CO. Mr. Sprong is of Counsel at Korein Tillery LLC in St. Louis, MO.

4. Mr. Carr and Mr. Sprong are skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

5. Attached hereto are certificates of good standing for William K. Carr (Ex. A) and Douglas R. Sprong (Ex. B), each certificate bearing the raised seal of the Supreme Court of the state in which they are admitted.

6. Accordingly, I am pleased to move the admissions of William K. Carr and Douglas R. Sprong, *pro hac vice*.

1

7.  I respectfully submit a proposed order granting the admissions of William K. Carr and Douglas R. Sprong, *pro hac vice*, which is hereto attached as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit William K. Carr and Douglas R. Sprong, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

_____
Eli Gottesdiener [EG0111]
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, NY 11215
Tel: (718) 788-1500
Fax: (718) 788-1650

Dated: May 9, 2008
Brooklyn, New York



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Susan J. Festag__   Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**WILLIAM KIEFFER CARR**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __14th__ day of __March__ A.D. __1980__ and that at the date hereof the said __WILLIAM KIEFFER CARR__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __5th__ day of __May__ A.D. __2008__

*Susan J. Festag*

Clerk

**THE STATE BAR**  
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

April 18, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM KIEFFER CARR, #58819 was admitted to the practice of law in this state by the Supreme Court of California on February 12, 1974; that from the date of admission to February 28, 1984, he was an ACTIVE member of the State Bar of California; that on February 28, 1984, he transferred at his request to the INACTIVE status as of January 1, 1984; that from that date to November 12, 1985, he was an INACTIVE member of the State Bar of California; that on November 12, 1985, he transferred at his request to the ACTIVE status; that from that date to March 23, 1987, he was an ACTIVE member of the State Bar of California; that on March 23, 1987, he transferred at his request to the INACTIVE status as of January 1, 1987; that he has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Kath Lambert  
Custodian of Membership Records

NOTE: Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125 et seq., Business and Professions Code.)

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/13/1989,

## Douglas R. Sprong

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 18th day of April, 2008.

_____
Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Douglas R. Sprong

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 16, 1990 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, April 16, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PAUL CAUFIELD                                       :
                                                    : 08 Civ. 3316 (BSJ)
                              Plaintiff,            :
                                                    :
         - against -                                :
                                                    :
COLGATE-PALMOLIVE COMPANY,                          :
EMPLOYEES' RETIREMENT INCOME                        :
PLAN                                                :
                              Defendant.            :
-------------------------------------------------------x

## ORDER

Upon the Motion of Eli Gottesdiener and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that

William K. Carr of the Law Offices of William K. Carr, 2222 Tennessee Avenue, Denver, CO 80209, (303) 296-6383/(303) 296-6652 and Douglas R. Sprong of Korein Tillery LLC, 505 N. Seventh Street Suite 3600, St. Louis, MO 63101, (314) 241-4844/(314) 241-3525 are admitted to practice *pro hac vice* as counsel for Paul Caufield, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

                                              _____
                                              United States District/ Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, a copy of the foregoing Motion to Admit Counsel *pro hac vice* and the Declaration of Eli Gottesdiener in Support of Motion to Admit Counsel *pro hac vice* was mailed first-class to all counsel of record:

Joseph J. Costello
Jeremy P. Blumenfeld
Theresa J. Chung
Brandi T. Johnson
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

William K. Carr
Law Office of William K. Carr
2222 East Tennessee Avenue
Denver, CO 80209

Douglas R. Sprong
Korein Tillery LLC
505 N. Seventh Street
Suite 3600
St. Louis, MO 63101

_____
Eli Gottesdiener