UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
PAUL CAUFIELD                                           :
                                                        : 08 Civ. 3316 (BSJ)
                        Plaintiff,                      :
                                                        :
        - against -                                     :
                                                        :
COLGATE-PALMOLIVE COMPANY,                              :
EMPLOYEES' RETIREMENT INCOME                            :
PLAN                                                    :
                        Defendant.                      :
---------------------------------------------------------x

## ORDER

Upon the Motion of Eli Gottesdiener and said sponsor attorney's declaration in support:

**IT IS HEREBY ORDERED** that

William K. Carr of the Law Offices of William K. Carr, 2222 Tennessee Avenue, Denver, CO 80209, (303) 296-6383/(303) 296-6652 and Douglas R. Sprong of Korein Tillery LLC, 505 N. Seventh Street Suite 3600, St. Louis, MO 63101, (314) 241-4844/(314) 241-3525 are admitted to practice *pro hac vice* as counsel for Paul Caufield, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

_____
United States District/ Magistrate Judge