SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PAUL CAUFIELD,

                Plaintiff,

- against -

COLGATE-PALMOLIVE COMPANY
EMPLOYEES' RETIREMENT INCOME
PLAN

                Defendant.

Civil Action No. 08 Civ. 3316 (BSJ)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Theresa J. Chung**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of the following attorneys:

    Applicant's Name:    Jeremy P. Blumenfeld
    Firm Name:    Morgan, Lewis & Bockius LLP
    Address:    1701 Market Street
    City/State/Zip:    Philadelphia, PA 19103-2921
    Phone Number:    (215) 963-5000
    Fax Number:    (215) 963-5001

and

    Applicant's Name:    Joseph J. Costello
    Firm Name:    Morgan, Lewis & Bockius LLP
    Address:    1701 Market Street
    City/State/Zip:    Philadelphia, PA 19103-2921
    Phone Number:    (215) 963-5000
    Fax Number:    (215) 963-5001

Jeremy P. Blumenfeld and Joseph J. Costello are members in good standing of the Bar of the State of Pennsylvania and of the Eastern District of Pennsylvania.

DB1/61985196.1

There are no pending disciplinary proceedings against Jeremy P. Blumenfeld and Joseph J. Costello in any State or Federal court.

Dated:       July 17, 2008

City, State:    Washington, District of Columbia

Respectfully submitted,

_____
Theresa J. Chung
SDNY Bar TC3200
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-739-3000
Fax:    202-739-3000
Email: tchung@morganlewis.com

SDNY (Rev. 10/2006) Affidavit in Support of Motion to Admit Counsel Pro Hac Vice

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

PAUL CAUFIELD,

                       Plaintiff,

- against -

COLGATE-PALMOLIVE COMPANY
EMPLOYEES' RETIREMENT INCOME
PLAN

                       Defendant.

Civil Action No. 08 Civ. 3316 (BSJ)

**AFFIDAVIT OF
THERESA J. CHUNG
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York    )
                          ) ss:
County of New York  )

Theresa J. Chung, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Morgan, Lewis & Bockius and counsel for the Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jeremy P. Blumenfeld and Joseph J. Costello as counsel pro hac vice to represent the Defendant in this mater.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 24, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeremy P. Blumenfeld and Joseph J. Costello since November of 2004.

4. Jeremy P. Blumenfeld and Joseph J. Costello are Partners at Morgan, Lewis & Bockius in Philadelphia, Pennsylvania.

5. I have found Mr. Blumenfeld and Mr. Costello to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeremy P. Blumenfeld and Joseph J. Costello, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeremy P. Blumenfeld and Joseph J. Costello, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeremy P. Blumenfeld and Joseph J. Costello, pro hac vice, to represent the Defendant in the above captioned matter, be granted.

Dated: July 17, 2008

City, State: Washington, District of Columbia

Notarized:

District of Columbia: SS
Subscribed and Sworn to before me, in my presence, this 17th day of July, 2008
Notary Public, D.C.
My Commission Expires 2/14/2010

Respectfully submitted,

Theresa J. Chung
SDNY Bar TC3200

DB1/61985196.1

**EXHIBIT A**

DB1/61985196.1

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Jeremy P. Blumenfeld, Bar # 85955, was duly admitted to practice in said Court on December 14, 2000, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                      Clerk of Court

on July 15, 2008.                                         BY _____
                                                              Aida Ayala,     Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA  }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Joseph J. Costello , Bar # 44327, was duly admitted to practice in said Court on November 21, 1985 , and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                    Clerk of Court

on July 15, 2008.                         BY *[signature]*
                                                            Aida Ayala,     Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, a copy of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE* and the DECLARATION OF THERESA CHUNG in Support of Motion to Admit Counsel *pro hac vice* was mailed first-class to all counsel of record:

>Diane M. Heitman
>Douglas R. Sprong
>Korein Tillery LLC
>505 N. Seventh Street
>Suite 3600
>St. Louis, MO 63101
>
>T.J. Smith
>600 West Main Street
>Suite 200
>Louisville, KY 40202
>
>*Attorneys for Plaintiff*

_____
Theresa J. Chung (TC3200)

DB1/61985196.1

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PAUL CAUFIELD,

                Plaintiff,

    - against -

COLGATE-PALMOLIVE COMPANY
EMPLOYEES' RETIREMENT INCOME
PLAN

                Defendant.

Civil Action No. 08 Civ. 3316 (BSJ)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Theresa J. Chung, attorney for the Defendant Colgate-Palmolive Company Employees' Retirement Income Plan and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeremy P. Blumenfeld |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA  19103-2921 |
| Phone/Fax: | (215) 963-5000/(215) 963-5001 |
| Email Address: | jblumenfeld@morganlewis.com |

and

| | |
|---|---|
| Applicant's Name: | Joseph J. Costello |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA  19103-2921 |
| Phone/Fax: | (215) 963-5000/(215) 963-5001 |
| Email Address: | jcostello@morganlewis.com |

DB1/61985196.1

are admitted to practice pro hac vice as counsel for Defendant Colgate-Palmolive Company Employees' Retirement Income Plan in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____, 2008

City, State:    New York, New York

_____
United States District/Magistrate Judge