UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL CAUFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:08-cv-03316-BSJ |
| vs. | ) |
| | ) |
| COLGATE-PALMOLIVE COMPANY EMPLOYEES' RETIREMENT INCOME PLAN, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Douglas R. Sprong of the law firm of Korein Tillery, LLC, hereby respectfully moves the Court for leave to withdraw Diane Moore Heitman's appearance in this action on behalf of Plaintiff Paul Caufield. Diane Moore Heitman has moved to Hawaii and will no longer be participating in this matter. Because Plaintiff will continue to be represented by attorney Douglas R. Sprong of Korein Tillery, LLC, he will not suffer any harm and prejudice as a result of this withdrawal.

WHEREFORE, Douglas R. Sprong notifies this Court of Diane Moore Heitman's withdrawal from the representation of Paul Caufield in the above-captioned matter. She is ceasing all participation in this matter and requests that she be removed from all service lists herein.

Respectfully submitted,

/s/ Douglas R. Sprong
Douglas R. Sprong
Korein Tillery, LLC
One US Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844 - Telephone
(314) 241-3525 - Facsimile
dsprong@koreintillery.com

William K. Carr
Law Offices of William K. Carr
2222 E. Tennessee Avenue
Denver, CO 80209
(303) 296-6383 - Telephone
(303) 296-6652 - Facsimile
Firm@pension-law.com

T.J. Smith
T.J. Smith, LLC
600 West Main Street, Suite 200
Louisville, KY 40202
(502) 589-2560 - Telephone
(502) 568-3600 - Facsimile
Tjsmith@smithhelman.com

Edward W. Ciolko
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706 – Telephone
610-667-7056 – Facsimile
eciolko@sbtklaw.com

Edgar Pauk
144 East 44th Street, Suite 600
New York, NY 10017
212-983-4000 – Telephone
pauk@tiac.net

Eli Gottesdiener
Gottesdiener Law Firm, PLLC
498 Seventh Street
Brooklyn, NY 11215
718-788-1500 – Telephone
718-788-1650 – Facsimile
eli@gottesdienerlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing was e-mailed on August 20, 2008, per the Court's electronic filing system, to:

Theresa J. Chung
Joseph J. Costello
Jeremy P. Blumenfeld
Brandi T. Johnson
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5295/5258/5584 - Telephone
(215) 963-5001 - Facsimile
tchung@morganlewis.com
jcostello@morganlewis.com
jblumenfeld@morganlewis.com
btjohnson@morganlewis.com

*Attorneys for Defendant*

/s/ Douglas R. Sprong